Justin H. Pfrehm, Esq.
Nevada Bar No. 7484
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
jhp@thorndal.com
Attorney for Defendants
WERNER ENTERPRISES, INC. and
JONATHAN JOHNSTON



FILED __ RECEIVED
ENTERED __ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DESHANNA GRAHAM, individually and as Guardian Ad Litem of minor C.M. and as Guardian Ad Litem of minor, C.M., JR.,

    Plaintiffs,

vs.

WERNER ENTERPRISES, INC.; JONATHAN JOHNSTON; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,

    Defendants.

Case No.   3:19-cv-00171-HDM-CBC

ORDER

**MOTION TO DISASSOCIATE COUNSEL**

    COMES NOW Defendants WERNER ENTERPRISES, INC., and JONATHAN JOHNSTON, by and through their attorneys, Thorndal Armstrong Delk Balkenbush & Eisinger, hereby move this Court to disassociate BRIAN M. BROWN, ESQ., as counsel for Defendants WERNER ENTERPRISES, INC., and JONATHAN JOHNSTON, as he is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger. Justin Pfrehm, Esq., of the firm Thorndal Armstrong Delk Balkenbush & Eisinger will continue to represent Defendants WERNER ENTERPRISES, INC., and JONATHAN JOHNSTON, in this action. Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of Brian M. Brown, Esq., from the list of attorneys associated with this case, as well as future pleadings and counsel's

- 1 -

1 proofs of service.

2     DATED this 26th day of August, 2019.

3                                 THORNDAL ARMSTRONG
                                  DELK BALKENBUSH & EISINGER

4

5                     By:    */s/ Justin Pfrehm*

6                            JUSTIN H. PFREHM, ESQ.
                           Nevada Bar No. 7484

7                            6590 S. McCarran Blvd., Suite B
                           Reno, Nevada 89509

8                            Attorney for Defendants
                           WERNER ENTERPRISES, INC. and

9                            JONATHAN JOHNSTON

10

11

12

13                          IT IS SO ORDERED

14                          _____

15                          U.S. MAGISTRATE JUDGE

16                          DATED: 8/28/2019

17

18

19

20

21

22

23

24

25

26

27

28