```
                                        ☑ FILED         ___ RECEIVED
                                        ___ ENTERED     ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              NOV 25 2019

                                        CLERK US DISTRICT COURT
                                        DISTRICT OF NEVADA
                                        BY: _____ DEPUTY
```

1  Justin H. Pfrehm, Esq.
   Nevada Bar No. 7484
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran, Suite B
3  Reno, Nevada 89509
   Tel: (775) 786-2882
4  jhp@thorndal.com
   Attorney for Defendants
5  WERNER ENTERPRISES, INC. and
   JONATHAN JOHNSTON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESHANNA GRAHAM, individually and as Guardian Ad Litem of minor C.M. and as Guardian Ad Litem of minor, C.M., JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.; JONATHAN JOHNSTON; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>Defendants. | Case No.   3:19-cv-00171-HDM-CBC<br><br>**STIPULATION AND ORDER TO MODIFY STIPULATED DISCOVERY PLAN TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES (FIRST REQUEST)**<br><br>**[SUBMITTED IN COMPLIANCE WITH LR II 26-4]** |

COME NOW Defendants WERNER ENTERPRISES, INC., and JONATHAN JOHNSTON, by and through their attorneys, Thorndal Armstrong Delk Balkenbush & Eisinger, and, Plaintiff DESHANNA GRAHAM, through her attorneys Law Office of Terry Friedman and Julie Throop, PLLC, and hereby stipulate that the following deadlines in the 5/13/19 Stipulated Discovery Plan and Order should be amended as follows: (1) that the initial expert witness disclosure deadline of 9/20/19 be extended to 10/10/19; and (2) that the rebuttal expert witness disclosure deadline of 10/21/19 be extended to 11/8/19. This extension will not affect the current close of discovery deadline of 11/21/19. No prior extensions have been sought or granted.

//

//

1  The following good cause supports the request for an extension. The extension is required so that Defendants can obtain a FRCP 35 examination of the plaintiff and provide the required written report prior to the date of the expert witness disclosure deadline. There have been difficulties experienced in getting the examination scheduled prior to the current expert witness disclosure deadline due to the examiner's (Phelps Kip, M.D.) busy schedule. Also, Defendants still have not yet been able to obtain complete copies of plaintiff's pre-accident medical records that are necessary to be reviewed by the examiner as part of the examination. A short amount of additional time is necessary to get the physical examination conducted and the IME report prepared and disclosed.

The following discovery has been completed: the parties have propounded interrogatories, requests for production and requests for admissions; and Defendants have made a request to Plaintiff for the FRCP 35 examination that will hopefully be conducted on 9/30/19.

It is anticipated that the deposition of the Plaintiff, as well as Defendant Jonathan Johnston and a PMK from Werner, will be conducted within the next 30-60 days.

SUBMITTED BY THE FOLLOWING COUSEL OF RECORD:

Dated this 19th day of August, 2019.
TERRY FRIEDMAN AND JULIE
JULIE THROOP, PLLC

_____
JULIE McGRATH THROOP, ESQ.
TERRY FRIEDMAN, ESQ.
300 South Arlington Avenue
(775)322-6500 T
Attorneys for Plaintiff

Dated this 23rd day of August, 2019.
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER

_____
JUSTIN H. PFREHM, ESQ.
6590 South McCarran Blvd., Ste. B
Reno, NV 89509
(775)786-2882 T
Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/25/2019

- 2 -