UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESHANNA GRAHAM, individually and as Guardian Ad Litem of minor CEE'AHNY MYLES and as Guardian Ad Litem of minor, CORNAE MYLES, JR.<br><br>Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.; JONATHAN JOHNSTON; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 3:19-cv-00171-HDM-CBC<br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action through their respective undersigned counsel of record that the Status Conference of Tuesday, February 25, 2020 at 9:30 a.m. be continued until Wednesday, April 1, 2020 at 9:00 a.m. Counsel requests the continuance in order to finalize paperwork resulting in final resolution and

///

///

dismissal of this action prior to the rescheduled date. We anticipate dismissal paperwork being filed up to and including three weeks from today's date, which is March 12, 2020.

| Dated this 20th day of February, 2020 | Dated this 20th day of February, 2020 |
|---|---|
| TERRY FRIEDMAN AND JULIE THROOP, PLLC | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| /s/ Julie McGrath Throop<br>JULIE MCGRATH THROOP, ESQ.<br>300 South Arlington Avenue<br>Reno, Nevada 89501<br>(775) 322-6500 T<br>(775) 322-3123 F | /s/ Justin H. Pfrehm<br>JUSTIN H. PFREHM, ESQ.<br>6590 S. McCarran Boulevard, Suite B<br>Reno, Nevada 89509<br>(775) 786-2882 T<br>(775) 786-8004 F |
| Attorneys for Plaintiff | Attorneys for Defendants |

IT IS SO ORDERED.

DATED this 20th day of February, 2020.

*Howard D McKibben*
_____
UNITED STATES DISTRICT COURT JUDGE