1  Justin H. Pfrehm, Esq.
   Nevada Bar No. 7484
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran, Suite B
3  Reno, Nevada 89509
   Tel:  (775) 786-2882
4  jhp@thorndal.com
   Attorney for Defendants
5  WERNER ENTERPRISES, INC. and
   JONATHAN JOHNSTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESHANNA GRAHAM, individually and as Guardian Ad Litem of minor C.M. and as Guardian Ad Litem of minor, C.M., JR., | |
| Plaintiffs, | Case No.   3:19-cv-00171-HDM-CBC |
| vs. | **ORDER TO** |
| WERNER ENTERPRISES, INC.; JONATHAN JOHNSTON; JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive, | **DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to the above-referenced action, through their undersigned counsel of record, that the above-referenced actions be dismissed with prejudice pursuant to FRCP 41(a)(1) with the parties to bear their own fees, costs and attorney's fees.

| | |
|---|---|
| Dated this 8th day of May, 2020. | Dated this 8th day of May, 2020. |
| TERRY FRIEDMAN AND JULIE JULIE THROOP, PLLC | THORNDAL, ARMSTRONG, DELK BALKENBUSH & EISINGER |
| /s/ *Julie McGrath Throop* | /s/ *Justin H. Pfrehm* |
| JULIE McGRATH THROOP, ESQ. | JUSTIN H. PFREHM, ESQ. |
| TERRY FRIEDMAN, ESQ. | 6590 South McCarran Blvd., Ste. B |
| 300 South Arlington Avenue | Reno, NV 89509 |
| (775)322-6500 T | (775)786-2882 T |
| Attorneys for Plaintiff | Attorneys for Defendants |

- 1 -

## **ORDER**

Upon consideration of the above Stipulation, the above matter is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each of the parties will bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: May 8, 2020.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT COURT JUDGE